THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Johnnie Jones, Appellant.
 
 
 

Appeal From Bamberg County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-034
 Submitted January 3, 2012  Filed January
25, 2012    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General David Spencer, all of Columbia; and Solicitor
 J. Strom Thurmond, Jr., of Aiken, for Respondent.
 
 
 

PER CURIAM: Johnnie
 Jones appeals his convictions for attempted kidnapping and assault and battery
 of a high and aggravated nature, arguing the trial court erred in allowing the
 accuser's identification testimony into evidence at trial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Wannamaker, 346 S.C. 495, 499, 552 S.E.2d 284, 286 (2001) (holding a ruling in
 limine is not final and unless an objection is made at the time the evidence is
 offered and a final ruling procured, the issue is not preserved for review).
AFFIRMED.
FEW, C.J., and THOMAS and
 KONDUROS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.